IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CR319 |
| | ) | |
| v. | ) | |
| | ) | |
| VALDEMAR GRIMALDO, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss indictment (Filing No. 6). The Court finds plaintiff's motion for leave to dismiss, without prejudice, should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss indictment, without prejudice, is granted as it relates to defendant Valdemar Grimaldo, Jr. The initial appearance set for November 6, 2015, is cancelled.

DATED this 5th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court